17563.   LOUISVILLE & NASHVILLE RAILROAD CO. *v.* JOHNSON.

LUKE, J.   The verdict for damages against the railroad company, for eject-
ing the plaintiff from a passenger-train while he was within his rights
as a passenger, was not without evidence to support it; and for no
reason pointed out by special assignment of error did the court err in
overruling the motion for a new trial.

*Judgment affirmed.. Broyles, C. J., concurs.   Bloodworth, J., absent on
account of illness.*

DECIDED NOVEMBER 9, 1926.

Damages; from city court of Atlanta—Judge Reid.   June 12,
1926.

*Tye, Peeples & Tye,* for plaintiff in error.
*Homer C. Denton,* contra.

---

Carriers, 10 C. J. p. 790, n. 19.

---

17564.   JOHNSON *v.* THE STATE.

BROYLES, C. J.   1.   A former acquittal of the charge of public indecency
will not bar a prosecution for being drunk at a place of public gather-
ing or assembly.   This is true although the evidence for the State may
be the same in both cases.   The offenses are separate and distinct.   The
evidence necessary to convict one of public indecency would not neces-
sarily be sufficient to convict him of being drunk, and vice versa.   "The
true rule is, if the evidence required to convict under the first indict-
ment would not be sufficient to convict under the second indictment, but
proof of an additional fact would be necessary to constitute the offense
charged in the second, the former conviction or acquittal could not be
pleaded in bar to the second indictment."   *Blair* v. *State,* 81 *Ga.* 629
(2 a)   (7 S. E. 855) ; *Collier* v. *State,* 8 *Ga. App.* 371 (2)   (69 S. E. 29).
2.   The court did not err in overruling the certiorari.

*Judgment affirmed.   Luke, J., concurs.   Bloodworth, J., absent on account
of illness.*

DECIDED NOVEMBER 9, 1926.

Certiorari; from Fulton superior court—Judge E. D. Thomas.
May 20, 1926.

*G. H. Cornwell, F. W. Flint,* for plaintiff in error.
*Roy Dorsey,* solicitor, *John A. Boykin,* solicitor-general, *J. W.
LeCraw,* contra.

---

Criminal Law, 16 C. J. p. 273, n. 24, 25; p. 274, n. 62 New.